UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SUNNY SAHOTA | CIVIL ACTION NO. 14-2722 |
| VERSUS | JUDGE ROBERT G. JAMES |
| KEVIN W. COBB, FRANKLIN PARISH SHERIFF, AND JAMES BUSBY, DEPUTY | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Partial Summary Judgment [Doc. No. 18] is GRANTED.  Defendants shall not be permitted to rely on their second defense of lack of subject matter jurisdiction based on no diversity of citizenship; their third defense of the lack of subject matter jurisdiction because the amount in controversy does not exceed $75,000; their eleventh defense of the statutory limitations of liability, costs, and interest contained in LA. REV. STAT. 13:5106 and LA. REV. STAT. 13:5112; their thirteenth defense of immunity under LA. REV. STAT. 9:2798.1; and their fourteenth defense that Plaintiff's claims are time barred. Additionally, Defendants will not be permitted to rely on their seventh defense of contributory negligence and/or assumption of risk as to Plaintiff's claims under 42 U.S.C. § 1983.

MONROE, LOUISIANA, this 6th day of November, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE